HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN SCOTT TORGERSON, et al.,

    Plaintiff,

v.

GRANT LEAVIT, et al.

    Defendants.

CASE NO. C11-900 RAJ

ORDER

    This matter comes before the court *sua sponte*. On May 14, 2013, defendant City of Seattle filed a motion for summary judgment requesting that the court dismiss plaintiffs' section 1983 and state law claims against the City of Seattle. Dkt. # 47. Also on May 14, 2013, defendants filed a separate motion for partial summary judgment, in which "[a]ll defendants" seek summary judgment that plaintiff's arrest was lawful and that the act of handcuffing plaintiff cannot serve as a basis for plaintiff's claim of excessive force. Dkt. # 52. Pursuant to this District's Local Rules, "[a]bsent leave of court, parties must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Local Rules W.D. Wash. CR 7(e)(3). Accordingly, to the extent defendant City of Seattle purports to be a moving party in the second motion

ORDER- 1

1  for partial summary judgment, it is a violation of this District's local rules, and the court
2  will not consider defendant City of Seattle a moving party for that motion.
3      Dated this 15th day of May, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2