HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN SCOTT TORGERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRANT LEAVIT, et al.,<br><br>　　　　Defendants. | CASE NO. C11-900 RAJ<br><br>ORDER |

　　This matter comes before the court on Defendants' motion for an order commanding Harborview Medical Center to produce documentation from the Life Pack 15 and Life Pack 500.  Dkt. # 45.

　　Plaintiffs filed this case on May 31, 2011.  Dkt. # 1.  On July 11, 2012, the court granted the parties' request for a case schedule extension, which included a discovery deadline of February 4, 2013.  Dkt. ## 25, 26.  On October 12, 2012, the court granted the parties' second request for a case schedule extension, which included a discovery deadline of April 15, 2013.  Dkt. ## 28, 29.  In the order granting the second request for extension, the court noted that absent a showing of good cause, there would not be another extension.  Dkt. # 28. The discovery cut-off was April 15, 2013.

ORDER– 1

Defendants filed their motion on May 9, 2013, well past the discovery deadline. The motion is therefore untimely. For all the foregoing reasons, the court DENIES defendants' motion.

DATED this 12th day of June, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER– 2